## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TOMMY RADFORD**                                                           **PLAINTIFF**
**ADC #089900**

**v.**                           **No: 4:21-cv-218-DPM-JTR**

**JARED BYERS, Warden, Maximum Security Unit;**
**BURKES, Maintenance, Maximum Security Unit;**
**L. DAVIS, Captain, Maximum Security Unit;**
**E. LITZSEY, Captain, Maximum Security Unit;**
**R. CLARK, Lieutenant, Maximum Security Unit;**
**CLAUDELL, Lieutenant, Maximum Security Unit;**
**TERRI L. MURRAY, Corporal, Maximum Security Unit;**
**K. WELLS, Corporal, Maximum Security Unit;**
**WOODS, CO-1 Officer, Maximum Security Unit;**
**S. McDOWELL, Sergeant, Maximum Security Unit;**
**BARTON, CO-1 Officer, Maximum Security Unit;**
**BREWER, Sergeant, Maximum Security Unit;**
**JUSTIN SMITH, Lieutenant, Maximum Security Unit;**
**VERONICA IRBY, Sergeant, MSU;**
**SHANE OMEALIA, Sergeant, MSU;**
**JOHN SPEARS, Captain, MSU;**
**TERRIE BANISTER, Disciplinary Hearing Officer,**
**MSU; and GOODLOWE, Lieutenant, MSU**               **DEFENDANTS**

### ORDER

Motion, *Doc. 5*, granted.  Radford's claims against Omealia and McDowell are dismissed without prejudice.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

15 June 2021