IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TOMMY RADFORD
ADC #089900                                                              PLAINTIFF

v.                          No. 4:21-cv-218-DPM

JARED BYERS, Warden, Maximum Security
Unit; BURKES, Maintenance, Maximum
Security Unit; LEMARCUS DAVIS, Former
Captain, Maximum Security Unit; E. LITZSEY,
Captain, Maximum Security Unit; R. CLARK,
Lieutenant, Maximum Security Unit; JOSHUA
CAUDELL, Lieutenant, Maximum Security
Unit; TERRI L. MURRAY, Corporal, Maximum
Security Unit; K. WELLS, Corporal, Maximum
Security Unit; QUINTIN WOODS, Former
Officer, Maximum Security Unit;
S. MCDOWELL, Sergeant, Maximum Security
Unit; JOHNNIE BARTON, Former Officer,
Maximum Security Unit; BREWER, Sergeant,
Maximum Security Unit; JUSTIN SMITH,
Lieutenant, Maximum Security Unit;
VERONICA IRBY, Sergeant, MSU; SHANE
OMEALIA, Sergeant, MSU; JOHN SPEARS,
Captain, MSU; TERRIE BANISTER,
Disciplinary Hearing Officer, MSU; and
GOODLOWE, Lieutenant, MSU                                                DEFENDANTS

## JUDGMENT

Radford's First Amendment retaliation claims against Davis, Murray, Woods, and Brewer in their individual capacities are

dismissed with prejudice. His remaining claims are dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

28 March 2024